IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Williams, Lonnie E | Case Number: 07 B 11519 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 10/9/07 | Filed: 6/28/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: August 23, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Wells Fargo Bank | Secured | 0.00 | 0.00 |
| 2. | Wells Fargo Bank | Secured | 48,149.18 | 0.00 |
| 3. | Educational Credit Management Corp | Unsecured | 13,318.65 | 0.00 |
| 4. | Comcast | Unsecured | | No Claim Filed |
| 5. | Midland Credit Management | Unsecured | | No Claim Filed |
| 6. | Ingalls Midwest Emergency | Unsecured | | No Claim Filed |
| 7. | Medical Collections | Unsecured | | No Claim Filed |
| 8. | Marauder Corporation | Unsecured | | No Claim Filed |
| 9. | Medical Collections | Unsecured | | No Claim Filed |
| 10. | MRSI | Unsecured | | No Claim Filed |
| 11. | Midland Credit Management | Unsecured | | No Claim Filed |
| 12. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 13. | Riscuity | Unsecured | | No Claim Filed |
| 14. | Surety Finance | Unsecured | | No Claim Filed |
| 15. | Rx Acquisitions | Unsecured | | No Claim Filed |
| 16. | Tribute/Fbold | Unsecured | | No Claim Filed |
| 17. | Park Dansan | Unsecured | | No Claim Filed |
| 18. | MRSI | Unsecured | | No Claim Filed |
| 19. | Nicor Gas | Unsecured | | No Claim Filed |
| 20. | NCO Financial Systems | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 61,467.83 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Williams, Lonnie E

Printed:  10/9/07

Case Number:  07 B 11519
Judge:  Wedoff, Eugene R
Filed:  6/28/07

_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_____